No. 75–6320.  GUERRA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–6362.  DeLOACH v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 75–6376.  HOLLEY ET AL. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 75–6377.  ECKENROD v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 75–6382.  MUSE v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 75–6391.  MONES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–6392.  CASEY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–6404.  VALDEZ v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 75–6413.  JOHNSON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 75–6415.  SILVA-GOMEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–6419.  LANGINS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–6433.  COOK v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.